NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: HONEYWELL INTERNATIONAL INC.,**
*Appellant*

---

2016-1839

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,037.

---

## JUDGMENT

---

ROBERT WILLIAM MOLITORS, Miles & Stockbridge PC, Tysons Corner, VA, argued for appellant. Also represented by KURT CHARLES ROMMEL, MICHAEL ANTHONY MESSINA.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria Virginia, argued for Intervenor Michelle K. Lee. Also represented by NATHAN K. KELLY, SCOTT WEIDENFELLER, JOSEPH MATAL, THOMAS W. KRAUSE, MOLLY R. SILFEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 April 6, 2017           /s/ Peter R. Marksteiner
        Date             Peter R. Marksteiner
                         Clerk of Court